UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-00081-H

UNITED STATES OF AMERICA,    :
                             :     ORDER TO CORRECT NAME
         v.                  :

ERWIN ANTONIO RIOS

The United States of America has filed a motion requesting correction to any document which improperly spelled the middle name of Erwin Antonio Rios.

Wherefore, after having received concurrence by counsel for Erwin Rios as to this correction in open court and after having reviewed the motion, the Government's request for correction of Erwin Rios' middle name to "Antonio" is granted.

So ordered, this 20th day of May, 2013.

_____
James E. Gates
United States Magistrate Judge